SETH L. HANSON (SBN 217027)
**LAW OFFICE OF SETH L. HANSON**
2400 PROFESSIONAL DRIVE, SUITE 100
ROSEVILLE, CA 95661
(916) 780-7005
(877) 894-0551 FAX

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION
--o0o--

IN RE:

JOHN AVELINO ANDRADE, JR.,

Debtor.

CASE NO. 16-25623

Chapter 13

**ORDER CONFIRMING PLAN FILED AUGUST 25, 2016**

The Chapter 13 plan filed on August 25, 2016 of the above-named debtor(s) has been transmitted to all creditors, and it has been determined after notice and opportunity for hearing that the debtor(s) plan satisfies the requirements of 11 U.S.C. § 1325.

Therefore, **IT IS ORDERED** that the plan is confirmed.

**IT IS FURTHER ORDERED** that:

1. The debtor(s) shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the address of the debtor(s);

2. The debtor(s) shall immediately notify the trustee in writing of any termination, reduction of, or other change in employment of the debtor(s); and

3. The debtor(s) shall appear in court whenever notified to do so by the Court;

/ / /

/ / /

RECEIVED
November 15, 2016
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005926226

IT IS FURTHER ORDERED** that the attorney fees for the attorney of debtor(s) in the full amount of $4,000.00 are approved, $1,500.00 of which was paid prior to the filing of the petition. The balance of $2,500.00, provided that the attorney and the debtor(s) have complied with Local Bankruptcy Rule 2016-1(c), shall be paid by the trustee from plan payments at the rate specified in the confirmed plan.

*[signature]*
Attorney for Trustee

Approved by the Chapter 13
Trustee as to form.

Dated: November 17, 2016

By the Court

*[signature]*
Michael S. McManus
United States Bankruptcy Judge